COMMISSIONER OF PUBLIC CHARITIES OF THE CITY OF NEW YORK, on Complaint of YETTA MEISNER, Respondent, v. ISAAC FRIEDMAN, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of THE CITY OF NEW YORK, Respondent, Relative to Acquiring Title, etc., for the Opening and Extending of Ludlow Avenue, etc. HENRY R. C. WATSON, as Sole Surviving Executor and Trustee, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MAY E. CURTIS, Appellant, v. ELON H. HOOKER, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HARRY MARKOWITZ, Appellant, v. GILSEY HOLDING COMPANY, INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.; Shearn, J., dissented.

SOLOMON BARON, Respondent, v. AUSTIN NICHOLS & COMPANY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

BIRD S. COLER, Commissioner of Public Charities of the City of New York, on Complaint of JOSEPHINE BERGAMO, Respondent, v. DOMINICK RICCARDO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

HARDMAN TIRE AND RUBBER COMPANY, Respondent, v. STANDARD AND VULCANITE PEN COMPANY, Appellant.— Judgment and order affirmed, with costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MEGS PALACE AMUSEMENT COMPANY, INC., a Corporation, Respondent, v. THOMAS J. McCAHILL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

DAVID LIEBER, Respondent, v. CHARLES & COMPANY, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that the finding that the plaintiff was free from contributory negligence was against the weight of the evidence. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

MICHAEL J. COGAN, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, a Joint Stock Association, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ADA G. JONES, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.